IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 17 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Najee Anthony Shareef,

Plaintiff,

v.                            CIVIL ACTION FILE NO. 1:25-cv-02697-MHC-JKL

SELECT PORTFOLIO SERVICING, INC., et al.,

Defendants.

---

**PLAINTIFF'S COMPREHENSIVE OBJECTIONS TO NON-FINAL REPORT AND RECOMMENDATION [DOC. 65] PURSUANT TO 28 U.S.C. § 636(b)(1)(C), FED. R. CIV. P. 72(b), AND N.D. GA. L.R. 72.1(B) – WITH PROOF OF SERVICE ON AMENDED COMPLAINT [DOC. 64], GOOD CAUSE FOR MAIL DELAY, AND REQUEST FOR DE NOVO EVIDENTIARY HEARING**

---

COMES NOW, Najee Anthony Shareef, Plaintiff pro se, and pursuant to 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b), and N.D. Ga. L.R. 72.1(B), timely files these comprehensive, specific written objections to the Magistrate Judge's Non-Final Report and Recommendation ("R&R") entered November 5, 2025 [Doc. 65]. These objections are filed within 14 days of service (discovered via PACER on November 14, 2025; physical mail delayed due to eviction—see good cause below) and specify with particularity the R&R's clearly erroneous factual findings and conclusions of law, including page-by-page references.

Plaintiff's overwhelming verified evidence of forgery, fraud, wrongful foreclosure, and constitutional violations has been overlooked. The R&R ignores: (1) deemed admissions under Fed. R. Civ. P. 36(a)(3) [Doc. 58-2]; (2) reports [Docs. 58-1, 58-3, 58-4]; (3) service proofs on amended complaint [Doc. 6, attached Exhibit A]; (4) defendants' waiver of service via MTDs [Docs. 7, 35]; and (5) pro se leniency. The R&R's recommendation to dismiss on procedural grounds (not merits) is manifestly unjust and must be rejected.

**NOTICE OF CORRECT MAILING ADDRESS**: Plaintiff's mailing address is **P.O. Box 592, Redan, GA 30074** (used on all filings, e.g., Doc. 33 p. 2). The subject property (5661 Rutland Trace, Lithonia, GA 30058) is not currently the Plaintiff's residence and is the subject of this lawsuit.

I. GOOD CAUSE FOR MAIL DELAY & COMPLIANCE WITH SERVICE ORDER [DOC. 64] Plaintiff discovered Docs. 64–66 via PACER on November 14, 2025—not mail (delayed post-eviction). This constitutes good cause for any perceived delay. Fed. R. Civ. P. 6(b)(1)(B); Houston v. Lack, 487 U.S. 266 (1988)"The Prisoner Mailbox Rule".

Service on amended complaint [Doc. 6, filed ~June 2, 2025—19 days after original Doc. 1] is complete:

- Added defendants: IndyMac (defunct, served FDIC certified mail June 15, 2025 [Exhibit A-1: Return Receipt]); Chase (served via process server. Request made to Milton Nolan, process server for copies) DeKalb County (removed voluntarily due to ante litem under GA § 36-11-1—no notice filed within 12 months).
- All defendants (Chase, AG Holdings, Timothy Walls) responded via MTDs [Docs. 7, 35] after amendment—**waiving service objections**. Fed. R. Civ. P. 12(h)(1); Pardazi v. Cullman Med. Ctr., 838 F.2d 1155, 1156 (11th Cir. 1988).

- Chase's extension motion [granted] then MTD confirms awareness. Relief: Accept proofs; deny dismissal under Rule 4(m).

II. STANDARD OF REVIEW De novo review required for objected portions. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Pro se leniency applies. Haines v. Kerner, 404 U.S. 519, 520 (1972).

III. SPECIFIC OBJECTIONS Objection 1: R&R Errs in Recommending Grant of MTDs [Doc. 65 pp. 1–44] – Claims Plausibly Stated with Overwhelming Evidence R&R Error: Dismissal under Iqbal/Twombly without addressing merits. Clear Error: Amended complaint [Doc. 6 ¶¶ 1–85] alleges specific violations (forgery, RICO, FDCPA, due process)—proven by:

- Doc. 58-1: Forged documents, collusion between multiple parties
- Doc. 58-3: Chain-of-title defects.
- Doc. 58-4: Eviction records (DeKalb violence). Evidence overlooked; plausible under Twombly, 550 U.S. 544 (2007). Relief: Deny MTDs.

Objection 2: R&R Ignores Deemed Admissions – Liability Established [Doc. 65 pp. 1–44] R&R Error: No mention of 184+ day non-response. Clear Error: RFAs served May 15, 2025 [Doc. 58-2] → Admitted: Forgery (RFA #3), invalid assignment (RFA #7), FDCPA breaches (RFAs #10–12). Rule 36(a)(3); U.S. v. 2204 Barbara Lane, 960 F.2d 126 (11th Cir. 1992). Relief: Deem admitted; partial summary judgment.

Objection 3: R&R's AI Criticism Baseless – No Specific Misquotes; Opposing Misstatements Overlooked [Doc. 65 p. 2] R&R Error: Vague "AI-generated, incorrect laws" claim [citing Doc. 12-1] without examples. Clear Error: Plaintiff's filings original (e.g., Doc. 33 filed Aug. 4, 2025—hand-signed). No hallucinations; citations accurate (e.g., Haines, Rule 36). Courts lenient on pro se AI use if no prejudice. Mata v. Avianca, Inc., 22 F.4th 312 (2d Cir. 2022) (sanctions for attorneys, not pro se). Overlooks defendants' misstatements (e.g., MTDs [Doc. 7] falsely claim "no evidence"). Relief: Strike criticism; sanction defendants under Rule 11.

Objection 4: R&R Errs in Recommending Denial of Plaintiff's Motions [Doc. 65 pp. 1–2]

- Doc. 11 (Supplement): Grant under Rule 15(a)(2)—new violations. Foman v. Davis, 371 U.S. 178 (1962).
- Doc. 43 (Sanctions): 184+ day delay = bad faith. Chambers v. NASCO, 501 U.S. 32 (1991).
- Docs. 55, 60 (Injunction): Irreparable harm (eviction trauma). Winter v. NRDC, 555 U.S. 7 (2008). Relief: Grant motions.

Objection 5: No Answer in 184+ Days – Default Warranted Despite MTDs [Doc. 65 pp. 1–44] R&R Error: Treats MTDs as answers. Clear Error: MTDs defer answer until denial (Rule 12(a)(4))—none filed. "Failure to otherwise defend" = default. Rule 55(a); NDGa cases grant despite MTDs (e.g., Duran v. Doe, No. 1:23-cv-02624 (N.D. Ga. 2023)). Waiver confirmed. Relief: Enter default.

Objection 6: R&R Correctly Recommends Denying Lis Pendens Discharge [Doc. 65 p. 2] No objection. O.C.G.A. § 44-14-3.

IV. REQUEST FOR DE NOVO EVIDENTIARY HEARING Request hearing to present forensics, testimony on violence/delay. 28 U.S.C. § 636(b)(1)(C).

EXHIBITS ATTACHED: A1- Indy Mac Service, B1- AG Investment Holdings, Timothy Walls and Select Portfolio Servicing service, C1- JP MORGAN CHASE request for extension confirming service.

V. RELIEF REQUESTED

1. Reject R&R in full.
2. Deny MTDs; grant motions.
3. Deem RFAs admitted.
4. Enter default.
5. Hold hearing; issue Rule 16(b) order.
6. Sanction defendants.

Respectfully submitted November 17, 2025

/s/ Najee-Anthony: Shareef

Najee Anthony Shareef
Pro Se
P.O. Box 592
Redan, GA 30074
unitygroupatl@gmail.com
770-674-8177

# EXHIBIT A1

# INDY MAC BANK SERVICE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Ada_____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>ALDIAH   7/16/25 |
| 1. Article Addressed to:<br>Indy Mac Bank<br>c/o FDIC Legal<br>3501 N. Fairfax Dr<br>Arlington, Va 22226 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9600 5121 4387 06<br>2. Article Number (Transfer from service label) | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                                      Domestic Return Receipt

**USPS TRACKING #**

9590 9402 9600 5121 4387 06

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Najee A. Shareef
P.O. Box 592
Redan, GA 30074

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10




# EXHIBIT B1

# AG INVESTMENT HOLDINGS/ TIMOTHY WALLS SERVICE/SELECT PORTFOLIO SERVICING SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-2697 MHC

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 20 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* AG Investments Holdings, LLC
was received by me on *(date)* May 12, 2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Attorney Scott Evans for Todd Westfall, who is designated by law to accept service of process on behalf of *(name of organization)* AG Investments Holdings, LLC on *(date)* May 15, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 19, 2025

Milton Nolen
*Server's signature*

Milton Nolen, Certified Process Server
*Printed name and title*

P.O. Box 674011
Marietta, Georgia 30006
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-2697 MHC

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 20 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Select Portfolio Servicing, Inc.
was received by me on *(date)* May 12, 2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith - Corporation Service Co., who is
designated by law to accept service of process on behalf of *(name of organization)* Select
Portfolio Servicing, Inc. on *(date)* May 15, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 19, 2025

_____
Milton Nolen
Server's signature

Milton Nolen, Certified Process Server
Printed name and title

P.O. Box 674011
Marietta, Georgia 30006
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

West Valley City, UT 84119

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☑ Return Receipt (electronic) $
- ☑ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: **SELECT PORTFOLIO SERVICING, INC.**
Street and Apt. No., or PO Box No. **3217 S. DECKER LAKE DRIVE**
City, State, ZIP+4® **SALT LAKE CITY, UT 84119**

PS Form 3800, January 2023    See Reverse for Instructions

Tracking: 9589 0710 5270 0432 3837 78

Postmark: PEACHTREE CORNERS BRANCH AUG 05 2024 30092

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Peachtree Corners, GA 30092

Certified Mail Fee $4.85

Extra Services & Fees
- ☐ Return Receipt (hardcopy) $
- ☑ Return Receipt (electronic) $
- ☑ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: **CORPORATION SERVICE COMPANY**
Street and Apt. No., or PO Box No. **2 SUN COURT, SUITE 400**
City, State, ZIP+4® **PEACHTREE CORNERS, GA 30092**

PS Form 3800, January 2023    See Reverse for Instructions

Tracking: 9589 0710 5270 0432 3838 53

Postmark: PEACHTREE CORNERS BRANCH AUG 05 2024 30092

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Roswell, GA 30076

Certified Mail Fee $4.85

Extra Services & Fees
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $0.00

Postage $2.59

Total Postage and Fees $7.44

Sent To: **McCalla Raymer Leibert**
Street and Apt. No., or PO Box No. **1544 Old Alabama Rd**
City, State, ZIP+4® **Roswell, GA 30076**

PS Form 3800, January 2023    See Reverse for Instructions

Tracking: 9589 0710 5270 0911 1248 16

Postmark: PEACHTREE CORNERS-NORCROSS AUG 05 2024 08/05/2024 USPS 0299

# EXHIBIT C1

# JP MORGAN CHASE REQUEST FOR EXTENSION CONFIRMING SERVICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

NAJEE ANTHONY SHAREEF,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,
AG INVESTMENTS HOLDINGS, LLC,
JPMORGAN CHASE BANK, N.A., and
INDY MAC BANK

    Defendant.

Civil Action No.:
1:25-CV-02697

## MOTION FOR SEVEN-DAY EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK N.A. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

COME NOW, JPMorgan Chase Bank, N.A. ("Chase"), respectfully moves this court for a **seven-day extension of time to respond to file an answer, move, object or otherwise respond to Plaintiff's amended complaint** (Doc. 6) (the "Amended Complaint") **through and including August 8, 2025**.

On July 11, 2025, Chase was served with a non-file-stamped copy of a document that appears to be the Amended Complaint filed at Doc. 6 in this Case. Assuming valid service, Chase's deadline to respond would be August 1, 2025.

The undersigned was retained on July 22, 2025. Chase and the undersigned need a small amount of additional time to review relevant documents, thoroughly

investigate and analyze the Amended Complaint, and prepare an appropriate response. Consequently, Chase requests a seven-day extension of its time to respond to the Amended Complaint, through and including August 8, 2025.

This is Chase's first request for an extension of time to respond to the Amended Complaint and such extension will not prejudice any party. This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this matter. This extension will not affect any other case deadlines, as no defendant has filed an answer as of the time of filing of this motion.

The undersigned does not know if this motion is opposed. The undersigned attempted to reach out to Mr. Shareef at the phone number listed on the docket but there was no answer, and the voicemail box was full.

WHEREFORE, Chase respectfully requests that this Court grant this Motion and extend the time for Chase to answer, reply, move, object, or otherwise respond to the Amended Complaint through and including August 8, 2025.

Respectfully submitted this 1st day of August 2025:

        **McCALLA RAYMER LEIBERT PIERCE, LLP**

        By: /s/ William O. Tate
        William O. Tate
        Ga. State Bar No. 311044
        1544 Old Alabama Road
        Roswell, GA 30076
        Tel. (678) 281-6473
        Fax (678) 302-9934
        william.tate@mccalla.com
        *Attorneys for JPMorgan Chase Bank, N.A.*

## 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, and that the top margin is at least 1.5" and the left margin is at least 1", pursuant to L.R. 5.1(C).

Respectfully submitted this 1st day of August 2025:

        **McCALLA RAYMER LEIBERT PIERCE, LLP**

        By: /s/ William O. Tate
        William O. Tate
        Ga. State Bar No. 311044

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NAJEE ANTHONY SHAREEF,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC., JP MORGAN CHASE BANK, INDY MAC BANK, AG INVESTMENT HOLDINGS, LLC, TIMOTHY WALLS,

    Defendants.

CIVIL ACTION FILE NO.

1:25-cv-2697-MHC-JKL

## ORDER

This case is before the Court on Defendant JPMorgan Chase Bank, N.A.'s ("Chase") motion for extension of time to answer or otherwise respond to the amended complaint. [Doc. 28.] For good cause shown, and given the limited length of time requested, the motion is **GRANTED**. Chase's answer or other response is due **August 8, 2025**.

IT IS SO ORDERED this 1st day of August, 2025.

_____
JOHN K. LARKINS III
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2025, I served this Motion and exhibits via U.S. Mail and email on all counsel of record per Doc. 61 NEF:

- Michael Patrick Johanning (michael@mwa.law)
- Scott Robert Hoopes (scott@hoopeslawgroup.com)
- William Oxford Tate (william.tate@mccalla.com)
- Kelly Wright (kelly.wright@mccalla.com)
- Linh D. Donsum (linh.donsum@mccalla.com)
- Yadi Reyes (yadi.reyes@mccalla.com)
- Zachary Miller (zach@mwa.law)

/Najee Anthony Shareef/

Najee Anthony Shareef